Jerry N. HALL, Appellant,

v.

Edwin J. HOMRICH, Appellee.

Court of Appeals of Kentucky.

March 16, 1973.

James S. Shaw, Mellor & Shaw, Louisville, for appellant.

J. D. Raine, Zirkle, Raine & Francis, Louisville, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

James R. YOCOM, Com'r etc., et al., Appellants,

v.

Floyd ANDERSON et al., Appellees.

Court of Appeals of Kentucky.

March 16, 1973.

Gemma M. Harding, Louisville, William A. Rice, Harlan, for appellants.

Cawood Smith, Harlan, J. Keller Whitaker, Director, Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

* Opinion ordered not to be published.